UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICHAEL SMITH,**

    **Plaintiff,**

                                          Case No. 06-CV-13542-DT

**v.**

                                          HONORABLE DENISE PAGE HOOD

**DEARBORN FEDERAL CREDIT UNION,**

    **Defendant.**

_____/

## JUDGMENT

This matter having come before the Court and pursuant to the Order dismissing the matter entered this date, accordingly,

Judgment is entered in favor of Defendant and against Plaintiff.

                                                   DAVID J. WEAVER
                                                   CLERK OF COURT


                                               By: <u>s/ Wm. F. LEWIS</u>
                                                         Deputy Clerk

Approved:


<u>/s/ DENISE PAGE HOOD</u>
DENISE PAGE HOOD
United States District Judge

DATED: September 15, 2006
Detroit, Michigan